**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LOIS WHITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-cv-01837 |
| v. | ) | |
| | ) | Honorable John F. Kness |
| THE DRAKE OAK BROOK | ) | |
| RESORT, LLC., an Illinois limited | ) | |
| liability company | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff respectfully notifies the Court that the Parties have agreed to settle the above-captioned matter in principle. The Parties respectfully request that all upcoming deadlines, including the Status Hearing scheduled for tomorrow, September 25, 2024 at 9:00 a.m., be adjourned for thirty (30) days so the Parties may focus on finalizing a settlement agreement and filing a stipulation of dismissal.

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears

Angela C. Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (872) 329-4844
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: September 24, 2024