**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LOIS WHITE )<br><br>    Plaintiff, )<br><br>v. )<br><br>THE DRAKE OAK BROOK )<br>RESORT, LLC., an Illinois limited )<br>liability company )<br><br>    Defendant. )<br> ) | Case No. 1:24-cv-01837<br><br>Honorable John F. Kness |

## **STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff, Lois White, and Defendant, The Drake Oak Brook Resort, LLC., notify the Court that the Parties have resolved the matter, and hereby stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice without cost to either party.

Respectfully submitted,

*Attorney for Plaintiff Lois White*

/s/ Angela C. Spears
Angela Spears
Cass Law Group, P.C.
20015 S. LaGrange Rd., #1098
Frankfort, IL 60423
Ph: (872) 329-4844
E: aspears@casslawgroup.com

*Attorney for Defendant The Drake Oak Brook Resort, LLC.*

/s/ Telly Stefaneas
Telly Stefaneas, Esq.
53 West Jackson Blvd., Suite 1550
Chicago, Illinois 60604
T: (312) 675-0075
E: telly_stefaneas@me.com

Dated: November 5, 2024